MICHAEL THAL et al., Respondents, *v.* RICHARD POLUMBAUM et al., Respondents.

Submitted May 14, 1951; decided May 24, 1951.

*James P. Durante* and *J. Norman Lewis* for motion.

*Monroe J. Cahn* opposed.

Motion denied, without costs, and without prejudice to further proceedings by respondents pursuant to rule 1 and/or rule 6 of the Rules of the Court of Appeals.